RICHARD C. GILBERT / SBN 85912
LAW OFFICES OF GILBERT & MARLOWE
950 West Seventeenth Street, Suites D & E
Santa Ana, California 92706-3573

Telephone: 714-667-1038
Fax: 714-667-2388

Attorney for Plaintiff

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANCHENG INTERNATIONAL, INC. USA. | **CASE NO. EDCV 10-1634-DOC (JCGx)** |
| Plaintiff, | **ORDER DISMISSING CASE.** |
| vs. | |
| FORTRESS SYSTEMS LLC, et al., | |
| Defendants. | |

Pursuant to the Settlement reached on May 26, 2011 by and between, Defendants, Fortress Systems, LLC, d/b/a FSI Nutrition ("FSI Nutrition"), Michael S. Carnazzo ("Carnazzo") on the one hand and Plaintiff Tiancheng International, Inc., USA on the other hand, the general terms of which are memorialized in the Settlement Agreement, all claims by Plaintiff against all Defendants are hereby dismissed without prejudice. It is the obligation of the parties requesting dismissal to comply with the terms of the Settlement Agreement.

The United States District Court for the Central District of California, retains jurisdiction over this case to enforce the Settlement Agreement forming the underpinning of this dismissal,

with the condition that no party may seek to enforce the settlement without first providing the other side notice of any alleged violation and reasonable opportunity to cure the alleged violation and without meeting and conferring in good faith.

The Complaint is hereby dismissed without prejudice, subject to the terms of the Settlement Agreement, described in the Joint Stipulation for Dismissal of Case.

Dated: June 21, 2011

By: *David O. Carter*

**Judge David O. Carter**
**United States District Court**